UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-21224-CIV-MORENO

LIVAN MARTIN DIAZ and JAVIER FIGUEROA VILLASUSO,

    Plaintiffs,

vs.

U.S. CENTURY BANK, INTERNATIONAL RISK RESPONSE, INC., and JOSE ANTONIO QUIJANO,

    Defendants.
_____/

## ORDER DENYING DEFENDANT U.S. CENTURY BANK'S MOTION TO STAY DISCOVERY

THIS CAUSE came before the Court upon Defendant U.S. CENTURY BANK's Motion to Stay Discovery **(D.E. No. 24)**, filed on **July 31, 2012**.

THE COURT has considered the motion, the responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record